# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN DAVID HUNT, an individual,

        Plaintiff,

vs.

AAA NEVADA INSURANCE COMPANY
d/b/a CSAA GENERAL INSURANCE
COMPANY, a California Company; and
DOES 1 through 100, inclusive,

        Defendant.

CASE NO.: 3:18-cv-00062-LRH-WGC

**STIPULATION AND ORDER FOR MUTUAL
EXTENSION OF BRIEFING SCHEDULE FOR
FILING RESPECTIVE OPPOSITIONS TO
CROSS MOTIONS FOR SUMMARY
JUDGMENT (DOCS No. 15 & 16)**

**(FIRST REQUEST)**

Plaintiff, John David Hunt ("Hunt"), by his counsel of record, Kozak & Associates, and

defendant, AAA Nevada Insurance Company d/b/a CSAA General Insurance, by its counsel of record,

Hall Jaffe & Clayton, LLP, and pursuant to LR 7-1, hereby stipulate to a mutual two week extension of

the deadline for the filing of the respective opposition briefs to the parties' cross motions for summary

judgment. (Docs No. 15 & 16).

Respective opposition briefs to the pending cross motions for summary judgment are currently

due August 28, 2018. The parties have stipulated that the opposition briefs shall be due and filed on

September 11, 2018.

1    The parties represent this Stipulation (First Request) is entered into in good faith and not for the

2    purposes of delay.

| KOZAK & ASSOCIATES, LLC | HALL JAFFE & CLAYON, LLC |
|---|---|
| */s/ Charles R. Kozak*<br>By:_____<br>CHARLES R. KOZAK, ESQ.<br>State Bar Number #11179<br>*Attorney for Plaintiff*<br>*John David Hunt* | */s/ Troy A. Clark*<br>By: _____<br>RILEY A. CLAYTON, ESQ.<br>Nevada Bar No. 005260<br>TROY A. CLARK, ESQ.<br>Nevada Bar No. 011361<br>*Attorneys for Defendant, AAA Nevada*<br>*Insurance Company d/b/a CSAA General*<br>*Insurance* |

**ORDER**

IT IS SO ORDERED , *nunc pro tunc*.

DATED this 29th day of August, 2018.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE